**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NICOLE KENNEY,**

              **Plaintiff,**

**-vs-**                                                    **Case No. 6:05-cv-463-Orl-19KRS**

**FIRST WATCH RESTAURANTS, INC.,**

              **Defendant.**

## ORDER

This cause came on for consideration after a hearing. As discussed at the hearing, it is **ORDERED** as follows:

1. I will hold a settlement conference in lieu of the requirement that the parties participate in mediation. Ms. Kenney and counsel for the defendant shall confer with each other and with my courtroom deputy clerk to schedule a date for this settlement conference.

2. Ms. Kenney has been informed of the deadlines set forth in the Case Management and Scheduling Order and the order compelling her to produce discovery entered on December 29, 2005. Ms. Kenney is responsible for abiding by these deadlines; compliance is not excused while she attempts to hire counsel. However, the deadline for paying the $250.00 sanction required by the December 29, 2005, order is suspended pending the conclusion of the settlement conference. If the case is not resolved at the settlement conference, Ms. Kenney shall tender to counsel for First Watch Restaurants, Inc. the sum of $250.00 within thirty days after conclusion of the settlement conference.

3. The deadline for defendant to serve its expert witness reports is extended until March 31, 2006. Simultaneously with the production of each expert witness report, counsel for the defendant shall provide two dates before the dispositive motion filing date on which the expert and counsel for the defendant will be available for the expert to be deposed.

**DONE** and **ORDERED** in Orlando, Florida on January 10, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties